■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS DAVENPORT, Appellant. [598 NYS2d 988] —Appeal by the defendant from a judgment of the County Court, Westchester County (LaCava, J.), rendered October 22, 1991.

Ordered that the judgment is affirmed.

Appellate review of the issues raised by the defendant was effectively waived by him as part of his plea bargain. Accordingly, the judgment of conviction is affirmed *(see, People v Callahan,* 80 NY2d 273; *People v Seaberg,* 74 NY2d 1). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.